**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6390**

———————

LARRY NEWELL, JR.,

Plaintiff - Appellant,

versus

RON ANGELONE; PAGE TRUE; L. FLEMING; J. B.
O'QUINN, Sergeant; L. HALL; A. KILBOURNE; V.
TATE; JAMES E. BRIGGS; CORRECTIONAL OFFICER
SYKES; CORRECTIONAL OFFICER LAMBERT;
CORRECTIONAL OFFICER SULLIVAN; SERGEANT ROSE,

Defendants - Appellees,

and

J. ARMENTROUT; G. HAWKS; RICHARD YOUNG; DOCTOR
NWAUCHE; NURSE MESSER; NURSE HAYNES; NURSE
MEAD; J. HILL, Nurse; P. ADAMS, Nurse; NURSE
BROWNLEY; NURSE YATES; NURSE NEELEY; F.
SCHILLING; L. MULLINS; BRETT EDMONDS; W. E.
MARTIN; JOHN DOE,

Defendants.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  Samuel G. Wilson, Chief
District Judge; James P. Jones, District Judge.  (CA-01-70241)

———————

Submitted: July 31, 2003          Decided: September 2, 2003

———————

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Newell, Jr., Appellant Pro Se. Philip Carlton Hollowell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Newell, Jr., appeals the district court's orders denying relief in his 42 U.S.C. § 1983 (2000) action, pursuant to the jury's verdict. Newell has not provided a transcript, and he fails to establish a basis to have a transcript prepared at government expense. 28 U.S.C. § 753(f) (2000). We have reviewed the existing record and find no basis for appellate relief. Accordingly, we affirm the district court's orders. See Newell v. Angelone, No. CA-01-70241 (W.D. Va. filed Mar. 7, 2002 & entered Mar. 8, 2002; Feb. 20, 2003). We deny Newell's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2